IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

Catherine D.,[1]

Plaintiff,

vs.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

Defendant.

Case No. 6:15-cv-00288-AA
**ORDER**

---

AIKEN, District Judge:

It is hereby ORDERED that attorneys' fees in the amount of $15,056.17 are awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The Court has reviewed the proceedings and the amount of fees sought pursuant to *Gisbrecht v. Barnhardt*, 535 U.S. 789, 807-08 (2002), and the factors identified in *Crawford v. Astrue*, 586 F.3d 1142, 1151-52 (9th Cir. 2009), and finds that this is a reasonable fee

---

[1] In the interest of privacy, this opinion uses only the first name and the initial of the last name of the non-governmental party or parties in this case.

Page 1 – ORDER

in light of the circumstances of the case. Plaintiff has been awarded attorney fees in the amount of $3,660.92 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the section 406(b) check for payment to Plaintiff's attorney, the agency is directed to subtract the amount paid under the EAJA and send Plaintiff's attorneys the balance, minus any applicable processing fees as allowed by statute.

Dated this 4th day of February 2020.

Ann Aiken
United States District Judge